# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| **IN RE:** | **CASE NO: 08-01266-ESL/C** |
|  | **CHAPTER: 13** |
| **RODRIGUEZ TRINIDAD, CORALY** (SS: 0345) | (SS: ) |
| Debtor(s) |  |
| CALLE 114 BH18 JARDINES DE COUNTRY CLUB |  |
| CAROLINA, PR 00983 |  |

## MOTION REQUESTING LEAVE TO WITHDRAW AS LEGAL COUNSEL

**TO THE HONORABLE COURT:**

COME(S) NOW Debtor(s), represented by the undersigned attorney, and represent(s) as follows:

1. On 04/08/2009, the undersigned attorney assumed the representation in the above captioned case. The undersigned attorney is the counsel of record, until this moment.

2. Recently the undersigned attorney had serious differences with the above captioned debtor(s), that create an conflict of interest that prevent the undersigned attorney from assisting the debtor(s) in the prosecution of the case.

3. In light of the facts expressed in this motion, the undersigned attorney has no other alternative than to request the resignation as counsel of record. The undersigned attorney Juan Manuel Suárez Cobo will not continue representing the debtor in the case.

4. We further pray that the debtor(s) be granted no less than thirty (30) days to obtain and/or announce new legal representation.

5.     Copy of this motion will be sent to the debtor(s) in this case, via certified number 7008-1140-0001-8686-8062 to the last known mailing address:

    CALLE 114 BH18, JARDINES DE COUNTRY CLUB, CAROLINA, PR 00983

**WHEREFORE**, it is respectfully requested from this Honorable Court to allow the undersigned attorney to withdraw as attorney for the debtor(s).

**RESPECTFULLY SUBMITTED.**

In Carolina, Puerto Rico, December 29, 2009.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to the all parties in interest, to their address of record.

    **LEGAL PARTNERS, P.S.C.**
    Box 316, Señorial Station
    San Juan, P.R. 00926-6023
    Tel:(787) 791-1818
    Fax: (800) 986-1842

    ***/S/ Juan M. Suárez Cobo***
    Juan M. Suárez Cobo
    USDCPR 211010
    suarezcobo@prtc.net